**In the Matter of: TRINITY MEADOWS RACEWAY INC., Debtor.**

**Trinity Meadows Raceway Inc., Appellant**

v.

**Texas Racing Commission of the State of Texas; R. Dyke Rogers, In Capacity as former and acting chair of the Texas Racing Commission of the State of Texas, Appellees.**

No. 08–10286.

United States Court of Appeals, Fifth Circuit.

Jan. 13, 2009.

David R. Langston, Lawrence Matthew Doss, Mullin, Hoard & Brown, Lubbock, TX, for Appellant.

Edith Stuart Phillips, Office of the Attorney General, Bankruptcy & Collections Div., Austin, TX, for Appellees.

Before KING, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM: *

After having reviewed the briefs and the record, we AFFIRM for essentially the reasons given by the learned bankruptcy

judge in his Memorandum Opinion entered on September 12, 2007, 2007 WL 2713920.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.